JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN D. EDWARDS,<br><br>    Petitioner,<br><br>  v.<br><br>F.B. HAWS, et al.,<br><br>    Respondent. | Case No. CV 08-02391 GAF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: 8/6, 2008

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY